UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D DARREN MEAHL,

    Plaintiff,

v.

    Case No. 1:21-cv-670

    Hon. Hala Y. Jarbou

THE NATION COMPANY, LLC,

    Defendant.

_____/

## JUDGMENT

In accordance with the order entered this date:

**IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Dated: August 18, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE